UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS' LOCAL UNION 105,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>APPLIED ROOF ENGINEERING, INC., a California corporation, DIVISION 7 SERVICES, INC., a California corporation,<br><br>　　　　　　　Respondents. | Case Nos.: 13-CV-00223-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT SETTLEMENT STATUS REPORT |

On January 15, 2014, the parties held a mediation and reached a settlement. ECF No. 30. Accordingly, the parties are hereby ordered to file a joint settlement status report indicating when they will file a stipulation of dismissal by Friday, January 31, 2014 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: January 29, 2014

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge